**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Geoffrey Michael AVERY, Defendant-Appellant.**

**No. 72-3716**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 20, 1973.

Rehearing and Rehearing En Banc Denied May 8, 1973.

Gardner W. Beckett, Jr., St. Petersburg, Fla., for defendant-appellant.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of

John L. Briggs, U. S. Atty., Jacksonville, Fla., Claude H. Tison, Jr., Asst. U. S. Atty., Tampa, Fla., for plaintiff-appellee.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

PER CURIAM:

Geoffrey Michael Avery was convicted of knowingly and wilfully failing and refusing to perform a duty required of him by law, that is, he failed and refused to report to Local Board #30, St. Petersburg, Florida, in violation of § 462(a), Title 50 App., United States Code.

The appellant now claims that although he made no effort of any kind whatever to assert such a status he should have been entitled to a conscientious objector classification.

The appeal falls squarely within the decision of this Court in United States v. Taylor, 5 Cir., 1971, 448 F.2d 349.

Consequently, the judgment of the District Court is

Affirmed.